**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADRIAN RODRIGUEZ-QUERO,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **No. 26-cv-4299** |
| | : | |
| **J.L. JAMISON, Warden, Federal Detention** | : | |
| **Center, Philadelphia,** *et al.,* | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **22nd** day of **July 2026**, upon review of the parties' Joint Status Report

(ECF No. 7), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now

    lifted.

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.


        **BY THE COURT:**

        **/s/ Chad F. Kenney**

        _____

        **CHAD F. KENNEY, JUDGE**